**Opinion issued August 29, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00840-CV

———————————

**ISABELLE EDWARDS, Appellant**

**V.**

**CHOICE HOTELS INTERNATIONAL, INC., Appellee**

---

**On Appeal from the 431st District Court**
**Denton County, Texas[1]**
**Trial Court Case No. 23-10248-431**

---

## MEMORANDUM OPINION

After appellant failed to pay for the reporter's record and did not respond to

our Court's notice regarding this failure, our Court issued an order on July 8, 2025

---

[1] The Texas Supreme Court transferred this appeal from the Court of Appeals
for the Second District of Texas. *See* TEX. GOV'T CODE § 73.001 (authorizing
transfer of cases between courts of appeals).

stating that it will consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). Our Court ordered appellant's brief filed by August 7, 2025, and notified appellant that the appeal would be dismissed for want of prosecution if the brief was not filed by the ordered deadline. *See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss appeal for want of prosecution when appellant fails to timely file brief); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss appeal when appellant fails to comply with court order). Appellant has not filed her brief or otherwise responded to our July 8, 2025 order.

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.